UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICK GUILLORY,

                Plaintiff,

      -against-                              9:12-CV-0280 (LEK/RFT)

BRIAN FISCHER; *et al.*,

                Defendants.

## ORDER

      This *pro se* prisoner civil rights action under 42 U.S.C. § 1983 comes before the Court on a Report-Recommendation filed March 7, 2013, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d) of the Northern District of New York. Dkt. No. 46 ("Report-Recommendation"). Judge Treece recommends granting in part and denying in part Defendants' Motion to dismiss Plaintiff Patrick Guillory's ("Plaintiff") Complaint. See id. at 34; Dkt. Nos. 1 ("Complaint"), 30 ("Motion"). Neither Plaintiff nor any Defendant filed objections to the Report-Recommendation within the fourteen-day objection period. See 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b)(2). See generally Dkt.[1] The Court therefore has reviewed the Report-Recommendation for clear error and found none. See Cephas v. Nash, 328 F.3d 98, 107 (2d Cir. 2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301, 306 (N.D.N.Y. 2008).

      Accordingly, it is hereby:

---

[1] Plaintiff filed an "Objection" that reads, in relevant part, "I do not have any objections to your March 7, 2013, Report and Recommendation regarding the Defendants' August 29, 2012, Motion to Dismiss." Dkt. No. 48.

**ORDERED**, that the Report-Recommendation (Dkt. No. 46) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendant's Motion (Dkt. No. 30) to dismiss is **GRANTED in part** and **DENIED in part** consistent with the Report-Recommendation (Dkt. No. 46); and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties.

**IT IS SO ORDERED.**

DATED:     March 28, 2013
           Albany, NY

_____
Lawrence E. Kahn
U.S. District Judge